UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-08-5822-CAS (SSx) | Date | October 16, 2008 |
|---|---|---|---|
| Title | Consumer Solutions REO, LLC v. Stacy Allen, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS): ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

**I.    INTRODUCTION**

On June 2, 2008, plaintiff Consumer Solutions REO, LLC ("Consumer Solutions") filed an unlawful detainer action in Los Angeles County Superior Court against defendants Stacy Allen, and Does 1 through 100, inclusive.  Plaintiff alleges that it obtained title to property located at 4125 Edgehill Drive, Los Angeles, California 90008 ("the property"), via a quit claim deed.  Compl. ¶ 3.  Plaintiff alleges that it served defendants a written notice to vacate the property.  Id. ¶ 7.  Plaintiff further alleges that defendants refused to surrender possession of the property.  Id. ¶ 9.

To invoke federal jurisdiction pursuant to 28 U.S.C. § 1332, defendants must satisfy the amount in controversy and complete diversity requirements.  28 U.S.C. 1332.  Although defendants allege that Consumer Solutions conducts business in California, defendants fail to allege its state of incorporation or its principle place of business.  Defendants also fail to allege that the value of their claim exceeds $75,000.  Furthermore, the complaint states that the amount demanded does not exceed $10,000.  Without a showing of defendants' state of incorporation and principle place of business, and a showing that the amount in controversy requirement is met, this Court cannot conclude that it has jurisdiction over this action.

/ / /

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-08-5822-CAS (SSx) | Date | October 16, 2008 |
|---|---|---|---|
| Title | Consumer Solutions REO, LLC v. Stacy Allen, et al. | | |

/ / /

     Defendants are hereby ORDERED to SHOW CAUSE on or before October 31, 2008, why the instant action should not be dismissed for lack of subject matter jurisdiction.

     IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |