UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV-08-5822-CAS (SSx) | Date | November 10, 2008 |
|---|---|---|---|
| Title | Consumer Solutions REO, LLC v. Stacy Allen, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS): ORDER REMANDING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

**I.  INTRODUCTION**

On June 2, 2008, plaintiff Consumer Solutions REO, LLC ("Consumer Solutions") filed an unlawful detainer action in Los Angeles County Superior Court against defendants Stacy Allen and Does 1 through 100, inclusive.  On September 5, 2008, defendant removed the instant action to this Court.  However, defendant failed to adequately establish that this Court has subject matter jurisdiction over the action.  On October 16, 2008, this Court ordered defendant to show cause on or before October 31, 2008 why the instant action should not be dismissed for lack of subject matter jurisdiction.  Defendant failed to respond to the order to show cause.  Therefore, the instant action is hereby REMANDED for lack of subject matter jurisdiction.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |